### NELLIE LINDLAHR v. OTTO LINDLAHR

19 So. (2nd) 412       June Term, 1944
October 17, 1944       Division B

*William J. Pruitt,* for appellant.

PER CURIAM:

Affirmed.

BUFORD, C. J., BROWN, THOMAS and SEBRING, JJ., concur.